# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

VINCENT McGRAW                                                                    PLAINTIFF

v.                                   No. 5:14-cv-332-DPM

GREG BOLIN, Chief Deputy, Dub Brassell
Detention Center, ADC; ED ADAMS, Jail
Captain, Dub Brassell Detention Center,
ADC; KIM MAYS, Sergeant, Dub Brassell
Detention Center, ADC; ROGER WILLIAMS,
Sergeant, Dub Brassell Detention Center, ADC;
and MICHELLE McCARTER, Corporal, Dub
Brassell Detention Center, ADC                                                    DEFENDANTS

## ORDER

Unopposed recommendation, № 53, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 48, is granted. McGraw's claims against Kim Mays are dismissed without prejudice for failure to serve. His claims against the remaining Defendants are dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 September 2015