IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT McGRAW                                            PLAINTIFF

v.                      No. 5:14-cv-332-DPM

GREG BOLIN, Chief Deputy, Dub Brassell
Detention Center, ADC; ED ADAMS, Jail
Captain, Dub Brassell Detention Center,
ADC; KIM MAYS, Sergeant, Dub Brassell
Detention Center, ADC; ROGER WILLIAMS,
Sergeant, Dub Brassell Detention Center, ADC;
and MICHELLE McCARTER, Corporal, Dub
Brassell Detention Center, ADC                 DEFENDANTS

## JUDGMENT

1. McGraw's claims against Mays are dismissed without prejudice for failure to serve.

2. McGraw's claims against the remaining Defendants are dismissed with prejudice.

                                          _____
                                          D.P. Marshall Jr.
                                          United States District Judge

                                          26 September 2015